

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Progressive Transportation, LLC, Appellant

No. 06-14-00030-CV      v.

Republic National Industries of Texas, LP, and Republic Corporation, Appellees

Appeal from the County Court at Law of Harrison County, Texas (Tr. Ct. No. 2013-9369). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Carter* participating. Justice Carter, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to delete the award of attorney fees. As modified, the judgment of the trial court is affirmed.

We further order that the appellant, Progressive Transportation, LLC, pay all costs of this appeal.

RENDERED FEBRUARY 5, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk